# FINANCIAL AFFIDAVIT

**CJA 23** (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ VS. _____

FOR
AT _Thomas McClean Co. Y_

**LOCATION NUMBER**

PERSON REPRESENTED (Show your full name)
**Raymond Silcox**

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: **3:05MJ191**
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☒ Yes ☐ No

IF YES, how much does your ~~week~~ Spouse earn per month? $ 125.00

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self–employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ 600.00 MONTHLY MILITARY Retirement / 350.00 Monthly military compensation (disability)

**CASH**

Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 200.00

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT
$ 3000.00  1 Acre LAND
8400.00  2001 Camry
5300  1998 Toyota
500  Boat & Motor

**DEPENDENTS**

MARITAL STATUS: ☒ MARRIED
Total No. of Dependents: 0

List persons you actually support and your relationship to them: Wife & Self

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Elect | $ | $ 80.00 |
| Water | $ | $ 15.00 |
| Croe | $ | $ 250.00 |
| Telephone (over) | $ | $ 50.00 |

OFFICE OF CLERK U.S. DISTRICT CT. NORTHERN DIST. FLA. PENSACOLA, FLA. 05 AUG 16 PM 4:00

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 16 AUG 05

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) Raymond B. Silcox