IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

-vs-                                                              Case No. 3:05MJ191

RAYMOND SILCOX

_____

### ORDER

The above-named defendant having appeared before the court, and having been examined by the undersigned, and the court having determined from the sworn testimony of the defendant that said defendant is qualified for appointment of counsel pursuant to the provisions of the Criminal Justice Act, it is hereby **ORDERED**:

The FEDERAL PUBLIC DEFENDER, Blount Building, Suite 200, 3 West Garden Street, Pensacola, Florida 32502, telephone number (850) 432-1418, is appointed to represent this defendant and serve as counsel of record in the above-styled cause **PROCEEDING IN THIS DISTRICT**.

**DONE** and **ORDERED** this 16th day of August, 2005.

_____
ELIZABETH M. TIMOTHY
UNITED STATES MAGISTRATE JUDGE

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 AUG 16 PM 4:00

FILED