IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                 Case No. 3:05MJ191

RAYMOND SILCOX                                      WAIVER OF RULE 5 HEARINGS
                                                                    (Excluding Probation Cases)

---

I, RAYMOND SILCOX, understand that in the Middle District of Alabama, charges are pending alleging violation of 18, 21 USC 922(a) 924(a)(2) and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charge and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel,

(2) request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty,

(3) an identity hearing to determine if I am the person named in the charge, and

(4) a preliminary examination [unless an indictment has been returned type or an information filed] to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☐  identity hearing

☐  preliminary examination

☑  identity hearing and have been informed I have no right to a preliminary examination

☐  identity hearing but request a preliminary examination to be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

August 16, 2005

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 AUG 16 PM 3: 26

RAYMOND SILCOX

Counsel for the Defendant

AO 466 (9/92) Waiver of Rule 40 Hearings

FILED