# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

RAYMOND SILCOX
6401 FAIRGROUND ROAD
MOLINO, FL 32577

## NOTICE

CASE NUMBER: 2:05CR174-A

TYPE OF CASE:

☐ CIVIL    X CRIMINAL

✓ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: FRANK M. JOHNSON, JR. FEDERAL BLDG. & U.S. COURTHOUSE COMPLEX<br>1 CHURCH STREET<br>MONTGOMERY, AL 36104 | ROOM NO. : COURTROOM 5-B |
| --- | --- |
| | DATE AND TIME<br>SEPTEMBER 21, 2005 AT 10:00 A.M. |

TYPE OF PROCEEDING

**ARRAIGNMENT**

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
| --- | --- | --- |
|  |  |  |

DEBRA P. HACKETT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

*/s/ signature*

DATE: Sept. 8, 2005

(BY) DEPUTY CLERK