| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: September 21, 2005 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:43 - 11:48 |

√ **ARRAIGNMENT**   ❒ **CHANGE OF PLEA**   ❒ **CONSENT PLEA**
❒ **RULE 44(c) HEARING**   ❒ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr174-A    **DEFENDANT NAME:** Raymond Silcox
**AUSA:** Verne Speirs    **DEFENDANT ATTORNEY:** Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**

❒ **Financial Affidavit** executed in N/FL  √ **ORAL MOTION** for appointment of Counsel.

√ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.

❒ **WAIVER OF INDICTMENT** executed and filed.

❒ **INFORMATION** filed.

❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √ Not Guilty
   ❒ Guilty as to:
      ❒ Count(s):
      ❒ Count(s):         ❒ dismissed on oral motion of USA
                   ❒ to be dismissed at sentencing

❒ Written plea agreement filed    ❒ **ORDERED SEALED**

❒ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.

√ **CRIMINAL TERM:** 3/20/06    √ **WAIVER OF SPEEDY TRIAL** filed.

   **DISCOVERY DISCLOSURE DATE: 9/21/05**

❒ **ORDER:** Defendant continued under ❒ same bond; ❒ summons; for:
   ❒ Trial on _____; ❒ Sentencing on _____

❒ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❒ Trial on _____; or ❒ Sentencing on _____

❒ Rule 44 Hearing:   ❒ Waiver of Conflict of Interest Form executed
         ❒ Defendant requests time to secure new counsel