```
        IN THE DISTRICT COURT OF THE UNITED STATES
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr174-A |
| | ) | |
| RAYMOND SILCOX | ) | |

### BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney, and hereby files the following Bill of Particulars:

Through the violations of 18 U.S.C. § 922 and 18 U.S.C. § 924 as alleged in counts 1 through 6 the criminal indictment, which is punishable by imprisonment of more than one year, the United States seeks forfeiture of the following firearms pursuant to 18 U.S.C. § 924 and 28 U.S.C. § 2461(c):

> One HiPoint P45, .45 caliber pistol, bearing serial number X413981; and,
>
> One Ruger, Model 00510, .45 caliber pistol, bearing serial number 22423469.

Respectfully submitted this 22nd day of September, 2005.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2005, I electronically filed the foregoing Notice of Bill of Particulars with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christine Freeman** and **Verne Speirs**.

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280