| COURTROOM DEPUTY'S MINUTES | DATE: 10/17/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording:   9:42 - 9:45 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr174-A    **DEFENDANT(S):** Raymond Silcox

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clarke Morris | * * * * * | Kevin Butler |

☐ **DISCOVERY STATUS:**    Complete

☐ **PENDING MOTION STATUS:**    Motion to Suppress

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**    2 Days for Trial
3/20/06 Trial Term

☐ **REMARKS:**   Atty Freeman needs to confer with Mr. Keith which may lead to the conclusion of this case
Defendant wishes the motion to suppress be processed