IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR174-A |
| | ) | |
| RAYMOND SILCOX | ) | |

## ORDER

The defendant filed a Motion to Suppress on 14 October 2005 (Doc. # 13), requesting the court to "suppress all items seized and statements obtained as a result of a police search of [his] home and premises . . . on or about April 14 or 19, 2004 in Prattville, Alabama and the questioning of [defendant] on and after that date".  Accordingly, it is ORDERED as follows:

1. On or about 21 October 2005, the government shall file with the Clerk of the court a response to the motion, along with a supporting brief.

2. The court shall conduct an evidentiary hearing on the motion on 24 October 2005 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 17th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE