IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05cr174-A |
| | ) | |
| RAYMOND SILCOX | ) | |

## PRETRIAL ORDER

A pretrial conference was held on 17 October 2005 before the undersigned Magistrate Judge. Present at this conference were Attorney Kevin Butler standing in for Attorney Christine Freeman, counsel for the defendant, and Assistant United States Attorney Clark Morris standing in for Attorney Verne H. Speirs, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for 20 March 2006. The trial of this case is set for the trial term commencing on 20 March 2006 and is expected to last two days. This case is hereby set before Senior District Judge W. Harold Albritton on the term of court commencing on 20 March 2006.

2. There are no motions currently pending and the time set by the court for filing motions has passed.

3. Proposed voir dire questions shall be filed on or before 13 March 2006. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before 13 March 2006. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before 13 March 2006.

6. A defendant who wishes to enter a plea pursuant to Rule 11 (c)(1)(A) or (C) shall do so no later than 13 March 2006. The government and defendant are informed that if a defendant enters his plea after that date, and if the plea is not ultimately accepted by the court, the defendant and the government must be prepared to go to trial on 20 March 2006.

Done this 18th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE