IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  ) | |
| v.  ) | CR. NO. 2:05cr174-A |
| )  RAYMOND SILCOX ) | |

UNOPPOSED MOTION TO CONTINUE SUPPRESSION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully submits to the Court this unopposed motion, and states the following extraordinary circumstances and good cause required for a continuance:

1. The suppression hearing in United States v. Silcox is currently set for October 24, 2005.

2. The trial of United States v. Silcox is currently set for March 20, 2006.

3. Undersigned counsel has oral argument before the Eleventh Circuit Court of Appeals on October 20, 2005, in the matter of Nix v. United States, 04-13397-BB.

4. Undersigned counsel has a supplemental suppression hearing in the matter of United States v. Herring, 1:05cr161-T, on October 21, 2005, with supplemental briefs due on October 19, 2005.

5. Undersigned counsel has trial of United States v. Herring, 1:05cr161-T, on October 25, 2005.

6. As the Silcox trial is not until March 2006, the United States respectfully requests that this Honorable Court reset the suppression hearing in this matter until December 2005. Continuance of this matter will allow counsel to fully develop the factual issues and better assist this Honorable Court in resolving any legal issues.

7. The United States has discussed this matter with Christine Freeman and she does not oppose this motion to continue. Indeed, Attorney Freeman has instructed undersigned counsel to inform the Court that the United States may not need to file

a response to the Motion to Suppress depending upon her discussion of a settlement offer with Mr. Silcox. Therefore, the United States respectfully requests that it not be required to respond to Silcox's motion unless and until plea negotiations become futile.

Respectfully submitted this 18th day of October, 2005.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/ Verne H. Speirs
        VERNE H. SPEIRS
        Assistant United States Attorney
        1 Court Square, Suite 201
        Montgomery, Alabama 36104
        (334) 223-7280
        (334) 223-7135 Fax
        verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:05cr174-A |
| | ) |
| RAYMOND SILCOX | ) |

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Christine Freeman.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
verne.speirs@usdoj.gov