IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-CR-174-A |
| | ) | |
| RAYMOND SILCOX | ) | |

GOVERNMENT'S MOTION TO AMEND INDICTMENT TO
CORRECT MISNOMER OF FIREARM

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully files with the court its Motion To Amend Indictment To Correct Misnomer Of Firearm, and states as follows:

1. The defendant in this case was indicted on August 3, 2005, for violations of Title 18, United States Code, Section 922(a)(6); Title 18, United States Code, Section 922(g)(3); Title 18, United States Code, Section 924(a)(1)(A); and Title 21, United States Code, Section 844(a). All of these violations relate to Silcox's possession of firearms while being an admitted drug user and his falsifying various records to acquire firearms.

2. Counts 4 and 6 of the indictment identified one particular firearm as a "Ruger, model 00510, .45 caliber pistol, serial number **22423469**."

3. All of the above information is correct, except the serial number should read "58-57504" not "22423469."

4. Indictments may be amended to correct misnomers. <u>United States v. Johnson</u>, 741 F. 2d 1338 (11th Cir. 1984).

5. Based on the foregoing, the Government requests that the indictment, as well as all future pleadings and other documentation in this case, be amended to reflect the correct serial

number, "58-57504".

    Respectfully submitted this 19th day of October, 2005.

                              LEURA GARRETT CANARY
                              UNITED STATES ATTORNEY

                              /s/ Verne H. Speirs
                              VERNE H. SPEIRS
                              Assistant United States Attorney
                              1 Court Square, Suite 201
                              Montgomery, Alabama 36104
                              (334) 223-7280
                              (334) 223-7135 Fax
                              verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-CR-174-A |
| | ) | |
| RAYMOND SILCOX | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Christine Freeman.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Verne H. Speirs
    VERNE H. SPEIRS
    Assistant United States Attorney
    1 Court Square, Suite 201
    Montgomery, Alabama 36104
    (334) 223-7280
    (334) 223-7135 Fax
    verne.speirs@usdoj.gov