IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR174-A |
| | ) | |
| RAYMOND SILCOX | ) | |

## ORDER

For good cause, it is

ORDERED that the Unopposed Motion To Continue Suppression Hearing, filed on 18 October 2005 (Doc. # 18), is GRANTED in part and DENIED in part. The government has requested a continuance of the evidentiary hearing on the defendant's motion, and the government has requested an extension of its deadline for responding to the defendant's motion conditioned upon a time when "plea negotiations become futile".

The court declines to schedule the government's response or the evidentiary hearing on a ground so uncertain as that proposed by the government. It may not be apparent to diligent parties that plea negotiations have become "futile" until two weeks before the trial of the case. Accordingly, it is ORDERED as follows:

1. The government shall file its response to the motion on or before 8 November 2005.

2. The parties shall appear for an evidentiary hearing on the motion on 22 November 2005 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 19th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED   STATES   MAGISTRATE   JUDGE