IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
v.                               )        CASE NO. 2:05cr174-A
                                 )
RAYMOND SILCOX                   )

# ORDER

For good cause, it is

ORDERED that the pretrial conference currently set for 14 November 2005 is RESET to **21 November 2005 at 9:00 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

All other deadlines shall remain as previously ordered, including the deadline for filing pretrial motions.

DONE this 25th day of October, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE