IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR174-A |
| | ) | |
| RAYMOND SILCOX | ) | |

**ORDER ON MOTION**

Upon consideration of the government's Motion To Amend Indictment, filed on 19 October 2005 (Doc. # 19), and for good cause, it is

ORDERED that the motion is GRANTED. The indictment in this case shall be AMENDED, as requested in paragraph 3 of the motion, to reflect that the serial number should read "58-57504". In all other respects, the indictment shall remain pending as initially filed.

DONE this 25th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE