```
        IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr174-A |
| | ) | |
| RAYMOND SILCOX | ) | |

### NOTICE OF CORRECTION OF BILL OF PARTICULARS
### FOR FORFEITURE OF PROPERTY

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney, and hereby files the following Notice of Correction of Bill of Particulars:

1. On September 22, 2005, a Bill of Particulars was filed seeking forfeiture of the following firearms pursuant to 18 U.S.C. § 924 and 28 U.S.C. § 2461(c):

> One HiPoint P45, .45 caliber pistol, bearing serial number X413981; and,
>
> One Ruger, Model 00510, .45 caliber pistol, bearing serial number 22423469.

2. The serial number listed thereon for One Ruger, Model 00510, .45 Caliber Pistol, currently shown as **22423469**, should read "58-57504."

3. Based on the foregoing, the Government requests that the Bill of Particulars be corrected to reflect the correct serial number "58-57504."

Respectfully submitted this 26th day of October, 2005.

>FOR THE UNITED STATES ATTORNEY
>LEURA G. CANARY

>/s/John T. Harmon
>John T. Harmon
>Assistant United States Attorney
>Office of the United States Attorney
>Middle District of Alabama
>One Court Square, Suite 201 (36104)
>Post Office Box 197
>Montgomery, Alabama 36101-0197
>Telephone:(334) 223-7280
>Facsimile:(334) 223-7560
>E-mail: John.Harmon@usdoj.gov
>Bar Number: 7068-II58J

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2005, I electronically filed the foregoing Notice of Bill of Particulars with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christine Freeman** and **Verne Speirs**.

>Respectfully submitted,

>/s/John T. Harmon
>John T. Harmon
>Assistant United States Attorney
>Office of the United States Attorney
>Middle District of Alabama
>One Court Square, Suite 201 (36104)
>Post Office Box 197
>Montgomery, Alabama 36101-0197
>Telephone:(334) 223-7280