IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05cr174-A |
| ) | |
| RAYMOND SILCOX ) | |

UNOPPOSED MOTION TO CONTINUE SUPPRESSION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully submits to the Court this unopposed motion, and states the following extraordinary circumstances and good cause required for a continuance:

1. The suppression hearing in United States v. Silcox is currently set for November 22, 2005.

2. The trial of this matter is not set until March 20, 2006.

3. Undersigned counsel is scheduled for training starting November 16, 2005, at the National Advocacy Center in Columbia, South Carolina. After training, the undersigned counsel is scheduled to be out of the State of Alabama from November 19, 2005, until November 26, 2005. Therefore, undersigned counsel is scheduled to be out of town on the date currently set for the suppression hearing.

4. Undersigned counsel and defense counsel, Christine Freeman, are still discussing possible resolutions of this case. Rescheduling the suppression hearing in this matter will give the parties additional time to explore settlement options and perhaps obviate the need for a suppression hearing.

5.      Undersigned counsel has discussed this matter with Christine Freeman and she does not oppose the rescheduling of this matter to a time convenient for the Court.

Respectfully submitted this 9th day of November, 2005.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/ Verne H. Speirs
        VERNE H. SPEIRS
        Assistant United States Attorney
        1 Court Square, Suite 201
        Montgomery, Alabama 36104
        (334) 223-7280
        (334) 223-7135 Fax
        verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA　　) | |
| 　　　　　　　　　　　　　　　) | |
| 　　v.　　　　　　　　　　　　) | CR. NO.  2:05cr174-A |
| 　　　　　　　　　　　　　　　) | |
| RAYMOND SILCOX　　　　　　　) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Christine Freeman.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
verne.speirs@usdoj.gov