IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR174-A |
| | ) | |
| RAYMOND SILCOX | ) | |

**ORDER ON MOTION**

Upon consideration of the Unopposed Motion To Continue Suppression Hearing, filed on 9 November 2005 (Doc. # 25), and for good cause, it is

ORDERED that the motion is GRANTED. It is further

ORDERED that the evidentiary hearing on the defendant's motion to suppress is hereby reset for 30 November 2005 at 2:00 p.m., Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 9th day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE