| COURTROOM DEPUTY'S MINUTES | DATE: 11/21/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:39 - 9:40 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr174-A     **DEFENDANT(S):** Raymond Silcox

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Karl David Cooke, Jr., standing in for Verne H. Speirs | * | Christine Freeman |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**     Complete

☐ **PENDING MOTION STATUS:**     Motion to Suppress
                                 11/30/05 @ 2:00 p.m.
                                 **Defendant's Attorney will inform the Court if that is to change**

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**     **2 Days for Trial**
                       **3/20/06 Trial Term**

☐ **REMARKS:**