IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr174-A |
| | ) | |
| RAYMOND SILCOX | ) | |

## **ORDER**

Based upon the notice of intent to change plea (Doc. #29) filed by the defendant, RAYMOND SILCOX, on 30 November 2005, and for good cause, it is

ORDERED that the motion to suppress hearing set for 30 November 2005 is CANCELLED. It is further

ORDERED that the defendant, RAYMOND SILCOX, shall appear with counsel before the undersigned Magistrate Judge on 30 November 2005 at 2:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 30th day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE