MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: Jimmy Dickens

❏ ARRAIGNMENT          x CHANGE OF PLEA          ❏ CONSENT PLEA

❏ RULE 44(c) HEARING          ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** _Vanzetta Penn McPherson_   **DEPUTY CLERK:** _WANDA ROBINSON_

**CASE NUMBER:** _2:05cr174-A_   **DEFENDANT NAME:** _Raymond Silcox_

**AUSA:** _Verne H. Speirs_   **DEFENDANT ATTY:** _Christine Freeman_

Type Counsel:   ( ) Waived;   ( ) Retained;   ( ) Panel CJA;   (X) CDO

**USPO:** _Tamara Martin_

Defendant _____ does ___x___ does NOT need and interpreter.

Interpreter present?  __x__ NO  _____ YES   Name: _____

**PLEA NOT TAKEN:** Deputy Clerk directed to find the whereabouts of Ms. Christine Freeman, FD and Defendant Raymond Silcox; that if Mr. Silcox was not in the facility a warrant be issued for his arrest

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty            ❏ Nol Contendere

❏ Not Guilty by reason of insanity

❏ Guilty as to:

❏ Count(s) _____ of the Felony Indictment.

❏ Count(s) _____   ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

— **ORAL ORDER ADJUDICATING GUILT as to COUNTS**

— Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____;  ❏ Sentencing on _____  ❏ _____ Bond  ❏ to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or  ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.