COURTROOM DEPUTY MINUTES    DATE: 11/30/05    DIGITAL RECORDING 1:18 - 2:44

MIDDLE DISTRICT OF ALABAMA    COURT REPORTER:  Jimmy Dickens

❏ARRAIGNMENT    x CHANGE OF PLEA    ❏CONSENT PLEA

❏RULE 44(c) HEARING    ❏SENTENCING

---

**PRESIDING MAG. JUDGE:**  _Vanzetta Penn McPherson_    **DEPUTY CLERK:**  _WANDA ROBINSON_

**CASE NUMBER:**  _2:05cr174-A_    **DEFENDANT NAME:**  _Raymond Silcox_

**AUSA:**  _Verne H. Speirs_    **DEFENDANT ATTY:**  _Christine Freeman_

Type Counsel:    ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:**    _Tamara Martin_

**De fendant** _____ **does** _____x_____ **does NOT need and interpreter.**

**Interpreter present?**  _x_    **NO** _____    **YES**    **Name:** _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty    ❏Nol Contendere

❏Not Guilty by reason of insanity

x Guilty as to:

X Count(s)_____2_____  of the Felony Indictment.

❏Count(s)_1,3,4,5,6,7____  ❏ dismissed on oral motion of USA;

X  to be dismissed at sentencing

**x—    ORAL ORDER ADJUDICATING GUILT as to COUNT 2**

x —    Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea

Agreement entered

—   _____ Days to file pretrial motions.  ❏ _____ Trial date or term.

X —    **ORDER:** Defendant Continued under x same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____;  x Sentencing on   x to be set by Separate Order

—    **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or  ❏ Sentencing on_____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed.  ❏ Detention requests time to secure new counsel.