IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )

vs.                             )   CR. NO. 2:05cr174-A

RAYMOND SILCOX                  )

## **ORDER**

The court having been advised that the Defendant has entered a plea of guilty pursuant to FRCP 11(C)(1)(c), it is hereby

ORDERED that the Defendant's pending Motion to Suppress is DENIED as moot, with leave to re-file in the event the court does not accept the plea agreement and the Defendant is allowed to withdraw his guilty plea.

DONE this 1st day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE