```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
        v.                  )   CR. NO. 2:05cr174-A
                            )
RAYMOND SILCOX              )
```

MOTION TO ADD PUBLICATION AFFIDAVIT TO RECORD

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to enter into the record the attached Affidavit reflecting publication of the Notice of Criminal Forfeiture in the Montgomery Independent newspaper on January 12, 19 and 26, 2006, regarding the subject forfeiture action.

Respectfully submitted this 24th day of February, 2006.

                                  FOR THE UNITED STATES ATTORNEY
                                       LEURA G. CANARY

                                /s/John T. Harmon
                                John T. Harmon
                                Assistant United States Attorney
                                Bar Number: 7068-II58J
                                Office of the United States Attorney
                                Middle District of Alabama
                                One Court Square, Suite 201 (36104)
                                Post Office Box 197
                                Montgomery, Alabama 36101-0197
                                Telephone:(334) 223-7280
                                Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006, I electronically filed the foregoing Motion to Add Publication Affidavit to Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christine Freeman** and **Verne H. Speirs**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J