```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
       v.                     )   CR. NO. 2:05cr174-A
                              )
RAYMOND SILCOX                )
```

## UNITED STATES OF AMERICA'S MOTION FOR A FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

On December 2, 2005, this Court entered a Preliminary Order of Forfeiture ordering defendant Raymond Silcox to forfeit:

> **One HiPoint P45, .45 caliber pistol, bearing serial number X413981; and,**
>
> **One Ruger, Model 00510, .45 caliber pistol, bearing serial number 22423469.**

Notice of this forfeiture and of the intent of the United States to dispose of the firearms in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published in the Montgomery Independent newspaper on January 12, 19, and 26, 2006; and,

No petitions of interest were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture and make entry of said Order part of its oral pronouncement of sentence. The United States further requests that entry of this Order be noted on the written Judgment in a Criminal Case.

A proposed Final Order Of Forfeiture is filed herewith.

Respectfully submitted this 7th day of March, 2006.

                FOR THE UNITED STATES ATTORNEY
                    LEURA G. CANARY


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2006, I electronically filed the foregoing Motion and Proposed Final Order Of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christine Freeman** and **Verne Speirs**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J