IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr174-A |
| | ) | |
| RAYMOND SILCOX | ) | |

<u>UNITED STATES OF AMERICA'S MOTION</u>
<u>TO SUBSTITUTE FINAL ORDER OF FORFEITURE</u>

The United States of America, by its undersigned counsel, respectfully submits its Motion to Substitute and states as follows:

On March 7, 2006, a Motion for Final Order of Forfeiture was filed together with a proposed Final Order of Forfeiture.

The serial number listed thereon for One Ruger, Model 00510, .45 Caliber Pistol was incorrectly shown as "22423469". The serial number should be shown as "58-57504".

The United States submits herewith an Amended Final Order of Forfeiture reflecting the correct descriptions of the firearms to be forfeited by defendant Raymond Silcox.

Respectfully submitted this 8th day of March, 2006.

```
                         FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY




                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Bar Number: 7068-II58J
                         Office of the United States Attorney
                         Middle District of Alabama
                         One Court Square, Suite 201 (36104)
                         Post Office Box 197
                         Montgomery, Alabama 36101-0197
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560
                         E-mail: John.Harmon@usdoj.gov
```

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2006, I electronically filed the foregoing Motion and Proposed Amended Final Order Of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christine Freeman** and **Verne Speirs**.

```
                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Office of the United States Attorney
                         Middle District of Alabama
                         One Court Square, Suite 201 (36104)
                         Post Office Box 197
                         Montgomery, Alabama 36101-0197
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560
                         E-mail: John.Harmon@usdoj.gov
                         Bar Number: 7068-II58J
```