IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr174-A |
| | ) | |
| RAYMOND SILCOX | ) | |

<u>AMENDED FINAL ORDER OF FORFEITURE</u>

WHEREAS, on December 2, 2005, this Court entered a Preliminary Order of Forfeiture, ordering defendant Raymond Silcox to forfeit:

**One HiPoint P45, .45 caliber pistol, bearing serial number X413981; and,**

**One Ruger, Model 00510, .45 caliber pistol, bearing serial number 58-57504.**

That the United States caused to be published on January 12, 19 and 26, January, 2006, in the <u>Montgomery Independent</u> newspaper, notice of this forfeiture and of the intent of the United States to dispose of the firearms in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms;

That, no timely petition has been filed; and,

That, the Court finds that defendant Raymond Silcox had an interest in the firearms that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).  That the United States has established the requisite nexus between such firearms in the

commission of the violation of Title 18, United States Code, Section 924(a)(1)(A).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that,

> **One HiPoint P45, .45 caliber pistol, bearing serial number X413981; and,**
>
> **One Ruger, Model 00510, .45 caliber pistol, bearing serial number 58-57504**

are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c);

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the firearms described above is hereby condemned, forfeited and vested in the United States, and shall be disposed of according to law;

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the ____ day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE