IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr174-A |
| | ) | |
| RAYMOND SILCOX | ) | |

### UNITED STATES OF AMERICA'S MOTION TO SUBSTITUTE FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully submits its Motion to Substitute and states as follows:

On March 7, 2006, a Motion for Final Order of Forfeiture was filed together with a proposed Final Order of Forfeiture.

The serial number listed thereon for One Ruger, Model 00510, .45 Caliber Pistol was incorrectly shown as "22423469". The serial number should be shown as "58-57504".

The United States submits herewith an Amended Final Order of Forfeiture reflecting the correct descriptions of the firearms to be forfeited by defendant Raymond Silcox.

Respectfully submitted this 8th day of March, 2006.

**MOTION GRANTED**

SO ORDERED
THIS 8th DAY OF March, 2006

UNITED STATES DISTRICT JUDGE