# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | March 8, 2006 | AT: | 9:15 a.m. |
| DATE COMPLETED: | March 8, 2006 | AT: | 9:22 a.m. |

UNITED STATES OF AMERICA    )
                            )
vs.                         )    CR. No. 2:05cr174-WHA
                            )
RAYMOND SILCOX              )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Verne H. Speirs | Christine A. Freeman |

## COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Jakki Caple, USPO |
| Elna Behrman, Courtroom Deputy | Lisa Harden, Law Clerk |

## COURTROOM PROCEEDINGS

(X)    **SENTENCING HEARING**

The parties have read the presentence report and have no objections.
AUSA Harmon states that the Final Order of Forfeiture contains an error in one of the serial numbers and will be corrected. Court states it will sign the Order after the serial number is corrected. AUSA further states that all guns and ammunition not forfeited by the order will be turned over to ATF.
The court adopts the factual statements contained in the presentence report.
Sentence is stated.
No objections.
Government orally moves for dismissal of all remaining counts of the Indictment.
Court orally GRANTS the motion, and Counts 1, 3, 4, 5, 6, and 7 of the Indictment are DISMISSED.
Sentence is imposed as stated.
Defendant waives his right to appeal.
Defendant is directed to meet with the probation officer before leaving.